## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROXANE LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVEL LABORATORIES, INC. and GAVIS PHARMACEUTICALS, LLC, <br><br> Defendants. | Civil Action No. 2:15-cv-5618(SRC)(CLW) |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby jointly stipulate that:

1. All claims and counterclaims by and between Roxane Laboratories, Inc. and Novel Laboratories, Inc. and Gavis Pharmaceuticals, LLC are dismissed without prejudice; and

2. Each party shall bear its own costs, attorneys' fees and expenses incurred in connection with the claims and counterclaims dismissed herein.

| | |
|---|---|
| *s/ Beth S. Rose* <br> Beth S. Rose <br> Vincent Lodato <br> SILLS CUMMIS & GROSS P.C. <br> One Riverfront Plaza <br> Newark, NJ  07102 <br> Telephone: (973) 643-7000 <br> brose@sillscummis.com <br> vlodato@sillscummis.com | *s/ Sheila Raftery Wiggins* <br> Sheila Raftery Wiggins <br> DUANE MORRIS LLP <br> 1037 Raymond Blvd. <br> Newark, NJ 07102 <br> Telephone: (973) 424-2055 <br> srwiggins@duanemorris.com <br><br> Of Counsel: <br> Frederick R. Ball, Esq. <br> DUANE MORRIS LLP <br> 100 High Street, Suite 2400 <br> Boston, MA 02110-4200 <br><br> *Attorneys for Defendants Novel Laboratories, Inc. and Gavis Pharmaceuticals, LLC* |

**SO ORDERED**

_____
 HON. STANLEY R. CHESLER, U.S.D.J.