# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROXANE LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVEL LABORATORIES, INC. and GAVIS PHARMACEUTICALS, LLC, <br><br> Defendants. | Civil Action No. 2:15-cv-5618(SRC)(CLW) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby jointly stipulate that:

1. All claims and counterclaims by and between Roxane Laboratories, Inc. and Novel Laboratories, Inc. and Gavis Pharmaceuticals, LLC are dismissed without prejudice; and

2. Each party shall bear its own costs, attorneys' fees and expenses incurred in connection with the claims and counterclaims dismissed herein.

*s/ Beth S. Rose*
Beth S. Rose
Vincent Lodato
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
brose@sillscummis.com
vlodato@sillscummis.com

*s/ Sheila Raftery Wiggins*
Sheila Raftery Wiggins
DUANE MORRIS LLP
1037 Raymond Blvd.
Newark, NJ 07102
Telephone: (973) 424-2055
srwiggins@duanemorris.com

Of Counsel:
Frederick R. Ball, Esq.
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110-4200

*Attorneys for Defendants Novel Laboratories, Inc. and Gavis Pharmaceuticals, LLC*

9/18/18
**SO ORDERED**

HON. STANLEY R. CHESLER, U.S.D.J.